Page not found | Supreme Court
 

 

 
 Skip to main content
 
 


 
 
 
 
 
 Search form
 
 Search 
 


 
 
 

 
 
 
 Supreme Court Home  |
 
 State of Idaho  |
 ESS |
 
 Search  
 

 
 
 
 




 
 
 
 

 
 
 
 

 

 
 
 
 
 
 
 


 

 
 
 
 Main menu(Site Main Menu) About Us
Supreme Court Justices
Chief Justice Roger S. Burdick
Justice Daniel T. Eismann
Justice Jim Jones
Justice Warren E. Jones
Justice Joel D. Horton
Court of Appeals Judges
Chief Judge Sergio A. Gutierrez
Judge Karen L. Lansing
Judge David W. Gratton
Judge John M. Melanson
Mission & Goals
History & Procedures
Contact Us/Suggestions
Supreme Court Appeals
Pro Se Appellate Information
Appellate Handbook
Deadlines, Fees, Ckecklists
FAQs
Glossary
Supreme Court Calendar
Court of Appeals Calendar
Opinions
Supreme Court Civil Opinions
Supreme Court Criminal Opinions
Court of Appeals Civil Opinions
Court of Appeals Criminal & PC Opinions
COA Unpublished Opinions
ISC Hearings Video Archive
Links Of Interest
Filings & Transcript Reports
Court Rules
Court Rules, Guidelines, Fees
Idaho Appellate Rules (I.A.R.)
Idaho Court Administrative Rules (I.C.A.R.)
Idaho Criminal Rules (I.C.R.)
Idaho Infraction Rules (I.I.R.)
Idaho Juvenile Rules (I.J.R.)
Idaho Misd. Criminal Rules (I.M.C.R.)
Idaho Rules of Civil Procedure (I.R.C.P.)
Idaho Rules of Evidence (I.R.E.)
Idaho Rules of Family Law Procedure (I.R.F.L.P.)
Orders & Amendments
Rules for Public Comment
Forms & Applications
Court Services
Child Protection
Court Assistance
Court Interpreters
Domestic Violence Courts
Family Court Services
Guardian Ad Litem/CASA
Guardianship / Conservatorship
Juvenile Justice
Problem Solving Courts
Tribal State Court Forum
Data Repository
Administrative & Legislative
Admin Reports & Forms
Admin Orders
Annual Reports - Judiciary
Annual Reports - Court Services
Calendar
Judicial Directory (pdf)
Legislative & Budget Priorities
Press Releases
Judicial Rosters
Committees
Appellate Settlement Conf Judges
Capital Defense Counsel
Child Custody Mediator
Civil Case Mediator
Criminal Case Mediators
Domestic Assault Evaluators
DV Court Coordinators
Parenting Coordinators
Private Civil Litigation Evaluators & Sm. Lawsuit Resolution Roster
Scanning the Record
Senior Judge Roster
Vexatious Litigants
Jury Information
Civil Jury Instructions
Criminal Jury Instructions
Death Penalty Instructions
Pamphlets & Guides
Resources & Media
Links, Publications & Videos
Media Guide
Locate a Court
County Courthouse Directory
Federal Courts & Resources
Idaho District Courts
Idaho State Government
Careers
Idaho Judiciary
Law Clerks
Court Record Search
 
 

 
 
 

 
 
 
 
 
 The requested page "/opinions/40834.pdf" could not be found.
 
 

 
 
 
 


 
 

 


 
 



 



 
 

 



 

 

 


 

 
 
 
 As the Third Branch of Government, we provide access to justice through the timely, fair, and impartial resolution of cases.

 
Members of the Idaho Supreme Court
Chief Justice Roger S. Burdick Justice Daniel T. Eismann Justice Jim Jones Justice Warren E. Jones
Justice Joel D. Horton
Members of the Idaho Court of Appeals
Chief Judge Sergio A. Gutierrez 
Judge Karen L. Lansing
Judge David W. Gratton
Judge John M. Melanson
 
TERMS OF OFFICE
Promoting Openness In The Courts Do you have suggestions about how we can better serve you? CLICK HERE

 
 

 
 
 
 
 
 



 
 
 
 
 Home |
 State of Idaho|
 Accessibility|
 Privacy & Security |
 
 ICON Design.